IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TILDEN RECREATIONAL VEHICLES, INC.,
d/b/a BOAT-N-RV SUPERSTORE, A NEW
YORK CORPORATION,

    Plaintiff,

v.

GEORGE BELAIR,

    Defendant.

CIVIL ACTION
NO. 17-1406

FILED
JUL -9 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**ORDER**

**AND NOW**, this 9th day of July, 2018, upon consideration of Plaintiff's Motion for Preliminary Injunction, after review of all pleadings and documents filed and after a hearing being held, it is hereby **ORDERED** as follows:

1. Defendant was properly preliminarily enjoined from continuing employment with regard to customer sales for Chesaco within a 50 mile radius of a BNRV facility from March 29, 2017 to August 4, 2017. Defendant may remain employed with Chesaco in any capacity or any other competitor of Plaintiff as long as he otherwise complies with the terms of this order;

2. Defendant is enjoined from violating any other provisions of the Agreement until the applicable time periods have expired; and

3. Plaintiff shall be awarded attorneys' fees in this matter from the date this action was filed up to and including the July 7, 2017, hearing.

BY THE COURT:

_____
Jeffrey L. Schmehl, J.